# EXHIBIT 1

| AOC-105          Doc. Code: CI | | 18CI0404 |
| --- | --- | --- |
| Rev. 1-07 | | Court ☑ Circuit ☐ District |
| Page 1 of 1 | | |
| Commonwealth of Kentucky | | County   Jefferson |
| Court of Justice   www.courts.ky.gov | CIVIL SUMMONS | |
| CR 4.02; CR Official Form 1 | | |

JEFFERSON CIRCUIT COURT PLAINTIFF 1
DIVISION SEVEN (7)

USLMC, LLC d/b/a Louisville Men's Clinic

VS.
                                                                      DEFENDANT

Nova Health RT

4010 Dupont Circle

Suite L28

Louisville                    Kentucky              40207

**Service of Process Agent for Defendant:**

Nova Health RT

4010 DuPont Circle

Suite L28

Louisville                              Kentucky            40207

**THE COMMONWEALTH OF KENTUCKY**
**TO THE ABOVE-NAMED DEFENDANT(S):**

You are hereby notified a legal action has been filed against you in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within 20 days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached Complaint.

The name(s) and address(es) of the party or parties demanding relief against you are shown on the document delivered to you with this Summons.

Date:   JUL 13 2018 , 2 _____

                        DAVID L. NICHOLSON, CLERK                    Clerk

By: _____                    D.C.

---

**Proof of Service**

This Summons was served by delivering a true copy and the Complaint (or other initiating document) to:

_____

this _____ day of _____, 2 _____

                                Served by: _____

                                                              Title

NO. **18CI04041**   JEFFERSON CIRCUIT COURT
                                                    DIVISION ___ ( )

USLMC, LLC (d/b/a LOUISVILLE                                    PLAINTIFF
MEN'S CLINIC)

v.

Nova Health RT                                               DEFENDANT

SERVE: 4010 Dupont Circle, Suite L28,
       Louisville, Kentucky 40207

### VERIFIED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

Plaintiff, USLMC, LLC d/b/a Louisville Men's Clinic ("Louisville Men's Clinic") for its

Verified Complaint against Nova Health RT ("Nova Health"), states as follows:

### PARTIES

1.      Louisville Men's Clinic is a Kentucky Limited Liability Company in good

standing with the Kentucky Secretary of State, with a principal office at 317 Stone Heath Ct.,

Nashville, TN 37211, and a medical facility at 6420 Dutchmans Parkway, Suite 390, Louisville,

Kentucky 40205.

2.      On information and belief, Nova Health is a provider of services similar to

Louisville Men's Clinic and Nova Health has operations in Louisville, Kentucky and Cincinnati,

Ohio. No company named "Nova Health RT" is registered with the Kentucky or Ohio

Secretaries of State.  However, the listed address for Nova Health RT is 4010 Dupont Circle,

Suite L28, Louisville, Kentucky 40207.

### JURISDICTIONAL STATEMENT AND VENUE

3.      This Court has Jurisdiction under KRS § 23A.010 and CR 65.

1

4.      Jurisdiction and Venue is proper in Jefferson County, Kentucky because all events giving rise to this claim occurred in Jefferson County, Kentucky.

## FACTUAL BACKGROUND

5.      Louisville Men's Clinic filed its Articles of Organization with the Kentucky Secretary of State on August 27, 2015. *See* Exhibit 1.

6.      On October 23, 2015, Louisville Men's Clinic filed a Certificate of Assumed Name with the Kentucky Secretary of State. *See* Exhibit 2. The Certificate of Assumed Name remains on file with the Secretary of State and is available to the public.

7.      Louisville Men's Clinic operates a medical facility to treat various medical issues affecting men's health at 6420 Dutchmans Parkway, Suite 390, Louisville, Kentucky 40205.

8.      Louisville Men's Clinic is not in any way affiliated or associated with Nova Health, or vice versa.

9.      Louisville Men's Clinic has built strong client relationships and, at significant expense since before October 2015, has engaged in extensive regional advertising through print, television, radio and internet marketing campaigns to foster goodwill associated with its name. These successful campaigns have resulted in widespread recognition of Louisville Men's Clinic's quality services among Louisville-area patients, including in southern Indiana, and in turn leading many residents of the region to choose Louisville Men's Clinic for their needs.

10.     Subsequent to Louisville Men's Clinic's use of its tradename in commerce, patients have reported mistakenly calling Nova Health, intending to contact Louisville Men's Clinic, only to have Nova Health representatives falsely assert that Nova Health is Louisville Men's Clinic. *See* Recordings at CD, Exhibit 3 (Nova Health answering the phone as

2

"Louisville Men's Clinic") (filed under seal to preserve the confidentiality of the patients' identities).

11.     In addition, Louisville Men's Clinic patients have reported visiting Nova Health at 4010 Dupont Circle, Suite L28, Louisville, Kentucky 40207 – a location less than one mile from Louisville Men's Clinic's location – under the mistaken belief that they were visiting Louisville Men's Clinic, only to have Nova Health representatives falsely assert in person that their location is Louisville Men's Clinic. *See* Patient Declarations at Exhibit 4 (redacted to preserve the confidentiality of the patients' identities).

12.     Further, on information and belief, Nova Health registered the domain "TheLouisvilleMensClinic.com" which redirected visitors presumably intending to visit the website of Louisville Men's Clinic to the Nova Health website. Nova Health also purchased advertising through Google to promote their fraudulent "TheLouisvilleMensClinic.com" domain over the actual Louisville Men's Clinic's domain.

13.     On October 25, 2017, Louisville Men's Clinic, via counsel, wrote a demand letter ("First Demand Letter") via certified mail and email to Jan Atkins and Dr. John Farmer who were listed as contacts for Nova Health. This letter notified Nova Health of the confusion in the marketplace and demanded that Nova Health (i) cease using the trade name and service mark "Louisville Men's Clinic" and (ii) cease using the domain "TheLouisvilleMensClinic.com" and transfer the domain to Louisville Men's Clinic. *See* Oct. 25, 2017 Letter at Exhibit 5.

14.     Subsequent to the First Demand Letter, Nova Health removed the redirect from "TheLouisvilleMensClinic.com" to their website. However, Nova Health has not transferred the domain, or ceased using Louisville Men's Clinic's trade name or service mark.

3

15.   Louisville Men's Clinic has continued to receive questions and complaints from confused patients asking about the other entity representing itself as Louisville Men's Clinic.

16.   On May 14, 2018, Louisville Men's Clinic, via counsel, wrote a demand letter ("Second Demand Letter") to Nova Health addresses in Louisville and Frankfort, Kentucky, and to Jonathan Fox and Penny Peters who were listed as contacts in West Chester and Fairfield, Ohio respectively.  The Second Demand Letter reiterated Louisville Men's Clinic's exclusive right to its own trade name and service mark, and demanded that Nova Health cease using it in communications. *See* May 14, 2018 Letter at Exhibit 6.

17.   Subsequent to the Second Demand Letter, Nova Health has continued its fraudulent use of Louisville Men's Clinic's trade name and service mark.

18.   On information and belief, Louisville Men's Clinic has lost business due to Nova Health's fraudulent misrepresentations.

19.   At least one dissatisfied customer of Nova Health has published a negative online review for Louisville Men's Clinic due to Nova Health's misrepresentations. *See* Exhibit 7.

20.   Nova Health's misrepresentations cause confusion in the marketplace to the detriment of Louisville Men's Clinic and the patients who seek Louisville Men's Clinic's services.

## COUNT I
## TRADE NAME INFRINGEMENT - INJUNCTIVE RELIEF

21.   Louisville Men's Clinic incorporates by reference the allegations contained in all prior paragraphs of this Complaint.

22.   Louisville Men's Clinic possesses common law rights based on its use of the trade name and marks "Louisville Men's Clinic."

4

23.    Nova Health is intentionally misleading consumers by deliberately infringing on Louisville Men's Clinic's trade name which is registered as an assumed name with the Kentucky Secretary of State, and used in commerce.

24.    Nova Health has no right to represent that it is Louisville Men's Clinic.

25.    Louisville Men's Clinic's remedies at law are inadequate because there is no way to completely monitor Nova Health's actions to identify the number and frequency of their misrepresentations, or to sufficiently calculate damages.

26.    Injunctive Relief is appropriate under Kentucky Civil Rule 65.

27.    Injunctive Relief is appropriate under Kentucky Common Law. *See generally U-Drive-It Co. v. Wright & Taylor*, 110 S.W.2d 449, 451 (Ky. 1937).

28.    Louisville Men's Clinic is entitled to injunctive relief prohibiting Nova Health from further infringements upon its trade name and marks.

## COUNT II
## TRADE NAME INFRINGEMENT - DAMAGES

29.    Louisville Men's Clinic incorporates by reference the allegations contained in all prior paragraphs of this Complaint.

30.    Louisville Men's Clinic is entitled to an accounting of profits attributable to Nova Health's willful infringement. *See generally Newport Sand Bank Co. v. Monarch Sand Mining Co.*, 137 S.W. 784 (Ky. 1911)).

31.    Louisville Men's Clinic is entitled to compensatory damages due to lost profits and harm to its good will and reputation, in addition to the ill-gotten profits of Nova Health.

32.    Louisville Men's Clinic is entitled to punitive damages due to Nova Health's egregiously fraudulent and deliberate use of Louisville Men's Clinic's trade name and service

5

mark to steal the business of its competitor. *See generally Henderson v. Henderson Funeral Home Corp.*, 320 S.W.2d 113 (Ky. 1958)).

## COUNT III
### TORTIOUS INTERFERENCE WITH BUSINESS RELATIONS – INJUNCTIVE RELIEF

33.    Louisville Men's Clinic incorporates by reference the allegations contained in all prior paragraphs of this Complaint.

34.    Nova Health intentionally redirected clients and potential clients who were seeking the services of Louisville Men's Clinic.

35.    Even when these clients and potential clients asked Nova Health representatives if they were Louisville Men's Clinic, Nova Health representatives continued to knowingly deceive the clients and prospective clients by falsely representing that Nova Health was Louisville Men's Clinic.

36.    Nova Health intentionally harmed Louisville Men's Clinic through its interference with Louisville Men's Clinic's actual and prospective clients.

37.    Louisville Men's Clinic's remedies at law are inadequate because there is no way to completely monitor Nova Health's actions to identify the number and frequency of their misrepresentations, or to sufficiently calculate damages.

38.    Injunctive Relief is appropriate under Kentucky Civil Rule 65.

39.    Injunctive Relief is appropriate under Kentucky Common Law. *See generally U-Drive-It Co. v. Wright & Taylor*, 110 S.W.2d 449, 451 (Ky. 1937)).

40.    Louisville Men's Clinic is entitled to injunctive relief prohibiting Nova Health from further intentional interferences with its business relations.

## COUNT IV
### TORTIOUS INTERFERENCE WITH BUSINESS RELATIONS – DAMAGES

41.     Louisville Men's Clinic incorporates by reference the allegations contained in all prior paragraphs of this Complaint.

42.     Nova Health intentionally redirected clients and potential clients who were seeking the services of Louisville Men's Clinic.

43.     Even when these clients and potential clients asked Nova Health representatives if they were Louisville Men's Clinic, Nova Health representatives continued to knowingly deceive the clients and prospective clients by falsely representing that Nova Health was Louisville Men's Clinic.

44.     Nova Health intentionally harmed Louisville Men's Clinic through its interference with Louisville Men's Clinic's actual and prospective clients.

45.     Louisville Men's Clinic is entitled to compensatory damages due to lost profits and harm to its good will and reputation, in addition to the ill-gotten profits of Nova Health.

46.     Louisville Men's Clinic is entitled to punitive damages due to Nova Health's reckless disregard of Louisville Men's Clinic's rights through the malicious and unjustifiable interference with Louisville Men's Clinic's prospective and actual clients.

## COUNT V
### LANHAM ACT (15 U.S.C. § 1125(a)) – INJUNCTIVE RELIEF

47.     Louisville Men's Clinic incorporates by reference the allegations in all prior paragraphs of this Complaint.

48.     Nova Health's intentional misleading declarations that it is Louisville Men's Clinic is likely to cause confusion in the marketplace, and indeed has caused significant confusion in the marketplace in both Kentucky and Indiana.

7

49.     Nova Health's online use of the inappropriately reserved "TheLouisvilleMensClinic.com" and related online advertising campaigns misrepresent the nature and characteristics of its services and commercial activities.

50.     Louisville Men's Clinic is entitled to injunctive relief under Federal law.  *See* 15 USC § 1116(a)).

### COUNT VI
### LANHAM ACT (15 U.S.C. § 1125(a)) – DAMAGES

51.     Louisville Men's Clinic incorporates by reference the allegations in all prior paragraphs of this Complaint.

52.     Louisville Men's Clinic is entitled to the profits of Nova Health, damages, and the costs of pursuing this action including attorneys' fees. *See* 15 U.S.C. § 1117(a)).

### COUNT VII
### VIOLATION OF THE ANTICYBERSQUATTING
### CONSUMER PROTECTION ACT ("ACPA) (15 U.S.C. § 1125)

53.     Louisville Men's Clinic incorporates the allegations made in all prior paragraphs by reference.

54.     For some time before and subsequent to the First Demand Letter, "TheLouisvilleMensClinic.com" redirected to Nova Health's webpage.

55.     By information and belief, Nova Health registered "TheLouisvilleMensClinic.com," and continues to possess that domain even after the demand to turn it over to Louisville Men's Clinic.

56.     The offending domain name, "TheLouisvilleMensClinic.com" is identical to Louisville Men's Clinic's trade name, and confusingly similar to Louisville Men's Clinic's actual domain name, "LouisvilleMensClinic.com."

8

57.    By information and belief, Nova Health registered the name "TheLouisvilleMensClinic.com" in a bad faith effort to profit off of Louisville Men's Clinic's extensive advertising and good will.

58.    By information and belief, Nova Health registered the name "TheLouisvilleMensClinic.com" in a bad faith effort to mislead consumers, and indeed did deceive clients seeking Louisville Men's Clinic's services into using Nova Health's services instead.

59.    Louisville Men's Clinic is entitled to an order of this Court mandating the transfer of the "TheLouisvilleMensClinic.com" domain to Louisville Men's Clinic.

## COUNT VIII
### UNJUST ENRICHMENT

60.    Louisville Men's Clinic incorporates the allegations made in all prior paragraphs by reference.

61.    Nova Health, through their wrongful representations on the phone, in person, and online, have received clients who intended to be clients of Louisville Men's Clinic.

62.    Nova Health intentionally and fraudulently appreciated, accepted, and retained the profits from these clients.

63.    Louisville Men's Clinic suffered actual loss from losing these clients.

64.    Louisville Men's Clinic is entitled to compensatory damages resulting from Nova Health's unjust enrichment.

65.    Louisville Men's Clinic is entitled to punitive damages due to Nova Health's intentional, malicious, and continued fraudulent activity.

9

**WHEREFORE**, Louisville Men's Clinic respectfully requests this Court to:

1.      Issue a Permanent Injunction immediately enjoining Nova Health, its employees, agents, and/or representatives, from making any representation that Nova Health is Louisville Men's Clinic.

2.      Award Louisville Men's Clinic Damages in the full amount permitted by law.

3.      Award Louisville Men's Clinic the costs for commencing and maintaining this action, including reasonable attorneys' fees.

4.      Order the domain "TheLouisvilleMensClinic.com" be transferred to Louisville Men's Clinic.

5.      A jury trial on all issues so triable.

6.      Grant any such other relief as the Court deems just and proper.

Respectfully submitted,

Jared A. Cox (KBA # 92523)
Kyle W. Miller (KBA # 97724)
BINGHAM GREENEBAUM DOLL LLP
3500 PNC Tower
101 S. Fifth Street
Louisville, KY 40202
Phone: 502-589-4200
jcox@bgdlegal.com
kmiller@bgdlegal.com

*Counsel for Plaintiff*

## VERIFICATION

The undersigned states that he has read the foregoing Verified Complaint, and that the

factual statements set forth therein are true to the best of his information and belief.

_SHAULI GREENSPAN_, as

_PRESIDENT_ _____ of

USLMC, LLC d/b/a Louisville Men's Clinic

STATE OF TENNESSEE

COMMONWEALTH OF KENTUCKY        )
                                ) SS:
COUNTY OF JEFFERSON  WILLIAMSON )

　　Subscribed and sworn to before me by _Shauli Greenspan_ in his

capacity as _President_ of USLMC, LLC d/b/a Louisville Men's Clinic, this

_2_ day of ~~June~~, 2018.
　　JULY

NOTARY PUBLIC

My Commission expires: _7/7/21_

19360005.1

## VERIFICATION

The undersigned states that he has read the foregoing Verified Complaint, and that the

factual statements set forth therein are true to the best of his information and belief.

_____ of
USLMC, LLC d/b/a Louisville Men's Clinic

COMMONWEALTH/STATE OF _Florida_ )
                                              ) SS:
COUNTY OF _Lee_ )

    Subscribed and sworn to before me by _Tryon A. Hopkins_ in his
capacity as _C.O.O_ of USLMC, LLC d/b/a Louisville Men's Clinic, this
_10_ day of July, 2018.

_____
NOTARY PUBLIC

GILBERTTE SIMEON
Notary Public - State of Florida
Commission # FF 962929
My Comm. Expires Feb 21, 2020

My Commission expires: _Feb 21, 2020_

19360005.2

12

1

Aug. 4. 2018 11:40AM    NOVA HEALTH CARE                    No. 5346   P. 28/51

## Commonwealth of Kentucky
### Alison Lundergan Grimes, Secretary of St[ate]

> LAOO
> 0930640.06
> Alison Lundergan Grimes
> Secretary of State
> Received and Filed
> 8/27/2015 12:00:00 AM
> Fee receipt: $40.00

Alison Lundergan Grimes
Secretary of State
P. O. Box 718
Frankfort, KY 40602-0718
(502) 564-3490
http://www.sos.ky.gov

## Articles of Organization
### Limited Liability Company

KLC

For the purposes of forming a limited liability company in Kentucky pursuant to KRS Chapter 275, the undersigned organizer hereby submits the following Articles of Organization to the Office of the Secretary of State for filing:

Article I: The name of the company is

USLMC, LLC

Article II: The street address of the company's initial registered office in Kentucky is

3500 National City Tower, 101 S. 5th St., Louisville, KY 40202

and the name of the initial registered agent at that address is Raja Patil

Article III: The mailing address of the company's initial principal office is

317 STONE HEATH CT, Nashville, TN 37211

Article IV: The limited liability company is to be managed by Members

Executed by the Organizer on Thursday, August 27, 2015

Name of Organizer: Raja Patil

Signature of individual signing on behalf of Organizer:
Raja Patil

I, Raja Patil, consent to serve as the Registered Agent on behalf of the limited liability company.

Signature of Registered Agent or individual signing on behalf of the company serving as Registered Agent:

Raja Patil

# 2

Aug. 4. 2018 11:41AM   NOVA HEALTH CARE          No. 5346   P. 30/51



0930640.06          ballmonos
                         ASN
Alison Lundergan Grimes
Kentucky Secretary of State
Received and Filed:
10/23/2015 11:05 AM
Fee Receipt $20.00

## COMMONWEALTH OF KENTUCKY
## ALISON LUNDERGAN GRIMES, SECRETARY OF STATE

| | |
|---|---|
| Division of Business Filings<br>Business Filings<br>PO Box 718<br>Frankfort, KY 40602<br>(502) 564-3490<br>www.sos.ky.gov | **Certificate of Assumed Name**<br>(Domestic or Foreign Business Entity)          ASN |

Pursuant to the provisions of KRS 365, the undersigned applies to assume a name and, for that purpose, submits the following statement:

1. The assumed name is:  Louisville Men's Clinic

2. The name of the business entity (and in the case of general partnership, the partners) that is/are adopting the assumed name:  USLMC, LLC

(Name must be identical to the name on record with the Secretary of State.)

3. The "real name" is (you must check one):

| | |
|---|---|
| ____ a Domestic General Partnership | ____ a Foreign General Partnership |
| ____ a Domestic Limited Liability Partnership | ____ a Foreign Limited Liability Partnership |
| ____ a Domestic Limited Partnership | ____ a Foreign Limited Partnership |
| ____ a Domestic Business Trust | ____ a Foreign Business Trust |
| ____ a Domestic Corporation | ____ a Foreign Corporation |
| ✓ a Domestic Limited Liability Company | ____ a Foreign Limited Liability Company |

4. This application will be effective upon filing, unless a delayed effective date and/or time is provided.  The effective date or the delayed effective cannot be prior to the date the application is filed.  The date and/or time is _____

(Delayed effective date and/or time)

5. The business is organized and existing in the state or country of: Kentucky

6. The mailing address is:

| 317 Stone Heath Court | Nashville | TN | 37211 |
|---|---|---|---|
| Street Address or Post Office Box Numbers | City | State | Zip |

I declare under penalty of perjury under the laws of Kentucky that the forgoing is true and correct.

| _____ | Shauli Greenspan | Member | 10/20/15 |
|---|---|---|---|
| Authorized Party Signature | Printed Name | Title | Date |

(01/12)

3

NO. _____

JEFFERSON CIRCUIT COURT
DIVISION ___ ( )

PLAINTIFF

USLMC, LLC d/b/a
LOUISVILLE MEN'S CLINIC

v.

DEFENDANT

NOVA HEALTH RT

SERVE: 4010 Dupont Circle,
Suite L28,
Louisville, Kentucky 40207

## VERIFIED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

## EXHIBIT 3

## FILED UNDER SEAL

4

## DECLARATION

I, ▮▮▮▮▮▮▮▮▮▮ being first duly sworn, deposes and states as follows:

1.   I am a 54 years old. I had heard positive things about the Louisville Men's Clinic and decided to seek medical advice and treatment from Louisville Men's Clinic.

2.   I called to make an appointment with the Louisville Men's Clinic. When they answered, I asked the staff if I was calling the Louisville Men's Clinic. The staff person told me yes, they were Louisville Men's Clinic. I then scheduled an appointment and was informed that they would send me paperwork and directions to my email." The staff person again confirmed that I was indeed scheduling with the Louisville Men's Clinic. On May 07, 2018, I came into the Louisville Men's Clinic at 6420 Dutchman's Parkway STE 390 Louisville, KY 40205 where I had thought my appointment was. At this point I figured out that I had not booked with the intended company, Louisville Men's Clinic.

I am very upset that they falsely portrayed themselves as the Louisville Men's Clinic and tried to call them back to cancel the appointment and could not get anyone to answer.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 8 day of May, 2018, in Louisville, KY.

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Signature of Declarant

1

## DECLARATION

I, �altered▮, being first duly sworn, deposes and states as follows:

1.     I am a 49 year old man.  I had heard positive things about the Louisville Men's Clinic and decided to seek medical advice and treatment from Louisville Men's Clinic.

2.     I called to make an appointment with the Louisville Men's Clinic. When they answered, I asked the staff if I was calling the Louisville Men's Clinic. The staff person told me yes, they were Louisville Men's Clinic.  I then scheduled an appointment and was informed that they would send me paperwork and directions to my email."  The staff person again confirmed that I was indeed scheduling with the Louisville Men's Clinic. On May 11, 2018, I came into the Louisville Men's Clinic, at 6420 Dutchman's Parkway STE 390 Louisville, KY 40205 where I had thought that my appointment was, I then realized that I had not booked with the clinic in which I had intended

I am very upset that they falsely portrayed themselves as the Louisville Men's Clinic and cancelled my appointment with them.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _11_ day of May, 2018, in Louisville, KY.

Signature of Declarant

1

5

**BINGHAM GREENEBAUM DOLL** **BGD**

Michael J. McGee
Attorney
Direct 502-587-3618 | Fax (502) 540-2249
E-mail mmcgee@bgdlegal.com

## URGENT

October 25, 2017

<u>VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED AND ELECTRONIC MAIL</u>

NOVA HEALTH
Attn: Jan Atkins, Medical Director
4010 DuPont Circle, Suite L28
Louisville, KY 40207

With a copy to: John Farmer, M.D.
512 Executive Park
Louisville, KY 40207

thelouisvillemensclinic.com@domainsbyproxy.com

Re:     Unauthorized Use of Louisville Men's Clinic's Intellectual Property

Dear Ms. Atkins and Dr. Farmer:

We are writing on behalf of USLMC, LLC d/b/a Louisville Men's Clinic ("Louisville Men's Clinic"), which offers men's health services in Louisville, Kentucky under its valuable "Louisville Men's Clinic" trade name and service mark. For years, Louisville Men's Clinic has conducted an extensive marketing campaign in the Louisville market including through print, television, radio and Internet advertisements. These extensive marketing efforts have been successful, resulting in widespread recognition of Louisville Men's Clinic's quality services among Louisville-area patients, and in turn leading to many residents of the Louisville metropolitan area engaging Louisville Men's Clinic to provide its services.

Louisville Men's Clinic has become aware that you own and use the domain THELOUISVILLEMENSCLINIC.COM, and has brought this very serious matter to our attention. You are using this domain to directly divert potential patients in the Louisville market by soliciting and promoting services that are substantially identical to those offered by Louisville Men's Clinic. *See* enclosed Appendix A. Your domain name is also nearly identical to Louisville Men's Clinic's domain name LOUISVILLEMENSCLINIC.COM, which only heightens the risk that consumers interested in Louisville Men's Clinic's services will be diverted to your own, completely unassociated website.

Louisville Men's Clinic is also aware of your unauthorized use of the Louisville Men's Clinic trade name and service mark in your Google AdWords and other search optimization methods. As you can see from the screen shot attached as **Appendix B**, when a user conducts a search in Google

3500 National City Tower, 101 South Fifth Street
Louisville, KY 40202
502.589.4200 main
502.587.3695 fax                www.bgdlegal.com

BINGHAM GREENEBAUM DOLL LLP

NOVA HEALTH
Attn: Jan Atkins and John Farmer, M.D.
October 25, 2017
Page 2

for "Louisville Men's Clinic", the THELOUISVILLEMENSCLINIC.COM domain, used in conjunction with the trade name/service mark "Louisville Men's Clinic," appears as though it is associated with Louisville Men's Clinic. This, of course, is not the case.

As a direct result of your actions, we have become aware of instances of actual confusion in the marketplace, with a significant number of patients complaining to Louisville Men's Clinic of discrepancies between information set forth in Louisville Men's Clinic's advertising, and information set forth on what these patients to believe to be Louisville Men's Clinic's website, but which is not. Given that Louisville Men's Clinic operates within the field of professional medical services, the risk of harm to its potential patients is very concerning, and will be dealt with accordingly.

All of these facts create a significant danger that consumers have been and will continue to be confused into believing your services are offered by or on behalf of Louisville Men's Clinic, or that you are somehow associated with Louisville Men's Clinic, when in fact this is not the case. As a result, your use of the THELOUISVILLEMENSCLINIC.COM domain and our client's Louisville Men's Clinic trade name and service mark constitutes, at a minimum, unfair competition prohibited by Section 43(a) of the federal Lanham Act (15 U.S.C. 1125(a)), and an unfair and deceptive trade practice in violation of Section 5 of the Federal Trade Commission Act (15 U.S.C. 45) in addition to other possible state law intellectual property and unfair competition causes of action.

Based on the foregoing, Louisville Men's Clinic demands that you, and any and all other associated or affiliated entities or individuals, *immediately*:

1. Cease all use of our client's trade name and service mark "Louisville Men's Clinic"; and
2. Cease all use of the domain THELOUISVILLEMENSCLINIC.COM, and unlock the domain, provide its transfer authorization code, and promptly provide the same to the undersigned so that the domain may be transferred to Louisville Men's Clinic.

We request your response on or before <u>October 27, 2017</u>. Please note that nothing herein is intended by us or Louisville Men's Clinic, nor should anything herein be construed by you, as a waiver or relinquishment of any rights or remedies which Louisville Men's Clinic may have in this matter. All such rights and remedies are hereby expressly reserved.

We appreciate your prompt response in resolving this issue.

Sincerely,

Michael J. McGee

Enclosures
cc:   Louisville Men's Clinic

APPENDIX A

(See attached)



APPENDIX B

(See attached)

10/24/2017                         louisville men's clinic - Google Search

Google   | louisville/men's clinic

All    Maps    News    Videos    Images    More          Settings    Tools

About 1,690,000 results (0.30 seconds)

**Louisville Mens Clinic - Guaranteed Solutions For E.D.**
Ad   www.thelouisvillemensclinic.com/ ▾
Treat Erectile Dysfunction Premature symptoms Low T • 10,000 Patients Treated
7,000 + Patients Treated · $99 Special Offer
Erectile Dysfunction · Premature Ejaculation · What We Treat · Schedule An Appointment · Priapus
⦿ 6420 Dutchmans Pkwy #390, Louisville, KY · Open today · 7:00 AM – 3:00 PM ▾

┌──────────────────────────────────────────────────────┐
│ **Louisville Men's Clinic - $99 First-Visit Special Offer** │
│ Ad   www.thelouisvillemensclinic.com/Men's/Clinic ▾    │
│ The Guaranteed Solution to ED & Low T Issues. 15,000+ Treated. Free Consult │
│ 15,000+ Patients Treated · Our Next Draw · $99 Special Offer │
│ Services: ED, Low T Premature Ejaculation, Priapus Shot │
└──────────────────────────────────────────────────────┘

**Louisville Men's Clinic - Home | Erectile Dysfunction | Louisville, KY ...**
louisvillemensclinic.com/ ▾
Need treatment for erectile dysfunction, premature ejaculation, low testosterone or peyronie's disease?
Make an appointment today at Louisville Mens Clinic!
Low Testosterone Treatment · Contact The Louisville Mens ... · Erectile Dysfunction

**The Mens Clinic Experience | Low Testosterone Treatment | Louisville ...**
louisvillemensclinic.com/the-mens-clinic-experience/ ▾
Jan 27, 2017 - Our goal at Louisville Mens Clinic has always been to create the most discreet, relaxing
and reassuring environment for our patients.

**PREMATURE EJACULATION - Louisville Men's Clinic**
louisvillemensclinic.com/learn/what-we-treat/premature-ejaculation/ ▾
Jan 27, 2017 - If you find yourself ejaculating with a minimal amount of stimulation, we can help you
with premature ejaculation treatment. This clinical ...

**BBB Business Profile | Louisville Men's Clinic | Reviews and Complaints**
https://www.bbb.org/louisville/.../louisville-men-...clinic.../reviews-and-comp... ▾
★★★★☆ Rating: 4.0 - 41 reviews
This Business is not BBB Accredited. HEALTH & MEDICAL [GENERAL] in Louisville, KY. See business
rating, customer reviews, contact information and more.

**Louisville Men's Clinic - Home | Facebook**
https://www.facebook.com/ Places › Louisville, Kentucky › Medical Center ▾
★★★★☆ Rating: 3.3 - 4 votes
Louisville Mens Clinic, Louisville, Kentucky. 22 likes · 32 talking about this · 17 were here. Family Doctor.

**louisville men's clinic | Medical Centers in 6420 Dutchmans Pkwy Ste ...**
https://reviews.birdeye.com/louisville-mens-clinic-148311321454048 ▾
7 reviews of louisville men's clinic from Louisville KY.

**Louisville men's clinic - Discussion on Topix**
www.topix.com › Kentucky › Jefferson County › Louisville ▾
Apr 29, 2014 - 8 posts - 3 authors
Anyone here that has been treated at LOU. Men clinic for ED. Would appreciate some info like what all is
involved, type treatment, cost of visit...

**Louisville Mens Clinic in LOUISVILLE, KY - 502-795-3511 Medical ...**
local.com/us-journal.com/louisville/ky/.../store.../6420-dutchmans-clinic-502-795-3511 ▾
502-795-3511 - 6420 DUTCHMANS PKWY # 390 LOUISVILLE, KY 40205. Medical - Health Care Providers.

**Louisville Mens Clinic - YouTube**
https://www.youtube.com/watch?v=h3e-mOhVklg ▾
Dec 26, 2014 - Uploaded by Louisville Mens Clinic.
Louisville Mens Clinic Review | Louisville Mens Health Clinic here at
louisvillemensclinic.com/ (800) 549-4620 ...

**Louisville Mens Clinic - Medical Centers - 6420 Dutchmans Pkwy ...**
https://www.yelp.com › Health & Medical › Medical Centers ▾
Louisville Mens Clinic in Louisville, reviews by real people. Yelp is a fun and easy way to find,
recommend and talk about what's great and not so great in ...



**Louisville, Men's Clini**
3.9 ★★★★☆ 20 Google reviews
Medical clinic in St. Matthews, Kentucky
Address: 6420 Dutchmans Pkwy #390, Louisvi
Hours: Open today · 9AM–3PM ▾
Phone: (502) 795-3511

Suggest an edit

**Reviews from the web**
3.3/5   Facebook · 4 vote

**Popular times** ⏱


Plan your visit: People typically spend 20 min to

**Reviews**

"Great service and friendly staff."
"My husband and I went to the clinic last weekend."
"The problem is their prices are ridiculo

View all reviews

**People also search for**


https://www.google.com/search?q=louisville+men%27s+clinic&rlz=1C1GGRV_enUS703US703&oq=louisville+men%27s+clinic&aqs=chrome..69i57j0l3...   1/2

10/24/2017                              louisville men's clinic - Google Search

Searches related to louisville men's clinic.

louisville men's clinic complaints          men's clinic louisville ky reviews
testosterone injections louisville ky       kentucky male clinic
lexington men's clinic                       louisville men's clinic commercial
men's clinic reviews                         body shape medical louisville

Goooooooooogle >
1 2 3 4 5 6 7 8 9 10    Next

© 40202, Louisville, KY - From your internet address - Use precise location - Learn more

Help   About feedback   Privacy   Terms

# 6

Aug.  4.  2018 11:45AM    NOVA HEALTH CARE                              No. 5346   P. 45/51

**BINGHAM**
**GREENEBAUM** **BGD**
**DOLL** LLP

Christie A. Moore
*Partner*
Direct 502.587.3758 | Fax 502.540.2276
E-mail cmoore@bgdlegal.com

<u>**URGENT**</u>

May 14, 2018

<u>VIA CERTIFIED MAIL</u>
<u>RETURN RECEIPT REQUESTED</u>

NOVA HEALTH                          Jonathan Fox
4010 DuPont Circle, Suite L28        8310 Princeton-Glendale Road
Louisville, KY 40207                 West Chester, OH 45069

Penny Peters                         NOVA HEALTH
6592 Sosna Drive                     306 W. Main Street, Suite 512
Fairfield, OH 45014                  Frankfort, KY 40601

     Re:    Unauthorized Use of Louisville Men's Clinic Intellectual Property

To Whom It May Concern:

     We are writing again on behalf of Louisville Men's Clinic, LLC ("<u>Louisville Men's Clinic</u>"), which offers certain men's health services in Louisville, Kentucky under its valuable "Louisville Men's Clinic" trade name and service mark.  As we have noted in a previous letter to Nova Health ("<u>Nova</u>"), Louisville Men's Clinic's extensive marketing campaigns in the Louisville metropolitan area have led to widespread recognition of Louisville Men's Clinic's quality services among Louisville-area patients. The amount of goodwill that the Louisville Men's Clinic has generated in its valuable name is substantial.

     Therefore, as Nova can imagine, our client is more than troubled to see that Nova continues to exploit its valuable name and goodwill. Notwithstanding Louisville Men's Clinic putting Nova on express notice of its rights in the Louisville Men's Clinic name late last year, our client has become aware of continued conduct by your business that infringes upon Louisville Men's Clinic's rights and that constitute, at a minimum, trademark infringement, unfair competition, and deceptive trade practices.

     Chief among these latest concerning uses is Nova's willful assertions to patients that its facility *is* the "Louisville Men's Clinic." Specifically, our client possesses phone recordings of your representatives indisputably, and without qualification, identifying your business using our client's exact name. We are also in possession of several sworn statements from patients who claim they were falsely told by Nova staff that Nova was the Louisville Men's Clinic.  As a result of these deliberately false assertions, current and potential patients of Louisville Men's Clinic have been confused into making appointments at Nova's facility. For example, attached as <u>Exhibit A</u> is Google review left on Louisville Men's Clinic's business page, clearly indicating that a potential patient has been confused by Nova's conduct into thinking the patient was receiving care from Louisville Men's Clinic. Louisville Men's Clinic has patient sign-in sheets and patient declarations to verify these instances of confusion and diversion.

3500 National City Tower, 101 South Fifth Street
Louisville, KY 40202

502.589.4200 main
502.587.3695 fax          www.bgdlegal.com

NOVA HEALTH
May 14, 2018
Page 2

That Nova continues to engage in the types of egregious conduct set forth above – even after being put on express notice of our client's rights in and to the Louisville Men's Clinic name – is an indication of willful infringement, unfair competition, and deceptive trade practices, within the meaning of Section 43(a) of the federal Lanham Act (15 U.S.C. 1125(a)), Section 5 of the Federal Trade Commission Act (15 U.S.C. 45), and state law intellectual property and unfair competition causes of action.

Based on the foregoing, Louisville Men's Clinic demands that Nova, and any and all other associated or affiliated entities or individuals, *immediately* cease all use of our client's trade name and service mark "Louisville Men's Clinic", and any names or designations similar thereto.

Once we receive Nova's confirmation that it has complied with the above, we will prepare a Settlement Agreement for Nova's execution to ensure its continued compliance with our client's reasonable demands. As part of this Settlement Agreement, Louisville Men's clinic will require reimbursement of the legal fees it has and will incur due to Nova's unauthorized conduct, and reserves the right to obtain reimbursement for the lost profits that have resulted from Nova's conduct.

Should Nova continue to ignore our client's reasonable requests, Louisville Men's Clinic will initiate legal action against Nova for its egregious and harmful actions. Given the irreparable harm our client is suffering as a result of your conduct, Louisville Men's Clinic will pursue injunctive relief, including a temporary restraining order. Louisville Men's Clinic will also seek monetary damages (including reimbursement of lost profits), in any legal action. It therefore in your best interests to promptly and fully comply with Louisville Men's Clinic's final request.

Finally, our client continues to explore its options with respect to contacting your marketing consultant, Marc Boston. Given our client's suspicion that Mr. Boston and his company OppGenetix is responsible for creating a marketing strategy that involves your business holding itself out as our client, our client reserves all of its rights and remedies against Mr. Boston and OppGenetix.

We request Nova's response on or before May 23, 2018. Please note that nothing herein is intended by us or Louisville Men's Clinic, nor should anything herein be construed by Nova, as a waiver or relinquishment of any rights or remedies which Louisville Men's Clinic may have in this matter. All such rights and remedies are hereby expressly reserved.

We look forward to receiving a prompt response from Nova or its counsel.

Sincerely,

Christie A. Moore

cc:    Louisville Men's Clinic, LLC

19300611

Aug. 4. 2018 11:46AM    NOVA HEALTH CARE                              No. 5346    P. 47/51

5/12/2018                                    louisville men's clinic - Google Search

  louisville men's clinic

All    Maps    News    Videos    Shopping    More              Settings    Tools

About 233 000 results (0.48 seconds)

Showing results for *louisville* men's clinic
Search instead for louisville men's clinic

**The Louisville Men's Clinic - Men's Health Experts Louisville**
www.louisvillemensclinic.com ▾ · (502) 547-1593
Custom Solutions to ED & Low T Issues, Thousands of Men Treated! Let Us Help You
Many Years Experience - Accepting New Patients - $99 Special Offer
Types: Low Testosterone, Priapus Shot, Restore Energy Levels, Erectile Dysfunction, Premature Issu...

**What We Treat**
Effective Treatments for E.D.
Low Testosterone, Premature Issues

**About Us**
Years of Experience in Mens Health
Thousands of Patients Treated

**The Clinic Experience**
Fast, Discreet, Comfortable
Convenient and Effective

**Request an Appointment**
Convenient Location to Serve You
Let Us Help You Today.



Louisville Men's Clin

Website   Directions   Save

3.9 ★★★★★ 41 Google reviews
Medical clinic in Williams, Kentucky

Address: 6420 Dutchmans Pkwy #390, Louisvil...

Hours: Open · Opens 9AM Mon ▾

#1 Men's Clinic In Louisville - The Guaranteed E.D. Solution

---

# Louisville Men's Clinic
6420 Dutchmans Pkwy #390, Louisville, KY

## 3.9 ★★★★★   41 reviews

Sort by: Newest ▾

 **D Torres**
4 reviews · 2 photos

★★★★★ a day ago ·
I had a meeting with Stacy on Wednesday, 04/25/2018 at 04:00 PM. Phone 502-749-6508. I told her my
interest on the penal injection for $1100 and I would be checking with my insurance for the $3400
package. I paid $100 for lab which they will test my testosterone levels. Stacy said that the results will
be available on Friday since they don't really work on Fridays, but they will do it to catch up, she also told
me that she will call me with the results and I ask her to email them to me as well. It's in May 10th and
after four calls to this clinic, I have not received anything. All they said Stacy is not in, I have a receipt of
the payment and they withdraw my blood. This place is called Nova Health located at 4010 DuPont
Circle, Suite L-28, Louisville, KY 40207. I feel like someone has scam me. I will follow with a report to
the BBB.

👍 Like

**Response from the owner** a day ago
Mr. Torres, we believe you have written your review on the wrong business. We are the Louisville Men's
Clinic. We are located at 6420 Dutchmans Parkway. We have an all male staff and don't employ anyone
by the name of Stacy. It is our belief that your intention was to post on Nova Health's site as they are
located at 4010 DuPont Circle, and they have a history of misleading patients about who they are. We
kindly ask that you remove your review as we are not Nova Health. Additionally, we would be glad to
see you as a client of ours. Should you have any questions, would like to schedule an appointment or if
we can provide any clarity, please call Brandon our clinic manager at 502-444-4000.

---

**Louisville Men's Clinic - Medical Centers - 6420 Dutchmans Pkwy ...**
https://www.yelp.com › Health & Medical › Medical Centers ▾
★★ Rating: 1 · 2 reviews
2 reviews of Louisville Men's Clinic "I called today to asked a question to the clinic. The person that
answered the phone around 255pm was a total ...

🖼 Send to your phone

**louisville men's clinic | Medical Centers at 6420 Dutchmans Pkwy ...**
https://reviews.birdeye.com/louisville-mens-clinic-148311024846040 ▾
★★ Rating: 2.9 · 9 reviews
2 reviews of louisville men's clinic from Louisville, KY Great experience at the mens clinic. These guys
are great. They take the time to figure out what works best ...

**Louisville men's clinic - Discussion on Topix**
www.topix.com › Kentucky › Jefferson County › Louisville ▾
Apr 29, 2015 · 2 posts · 5 authors

**Reviews**                                                    Write

🖼 "Great service and friendly staff."

🖼 "The medication really does work and I
really help."

🖼 "I ended up signing up for a year of lab
$2000."

View all Google reviews

7

← Back

D.Torres
10 mins ago

★ ★ ★ ★ ★  I had a meeting with Stacy on Wednesday, 04/25/2018 at 04:00 PM. Phone 502/749-6555. I told her my interest on the pellet injection for $1100 and I would be checking with my insurance for the $3400 package. I paid $100 for lab which they said my insurance covers. Stacy said that the review will be available on Friday since they don't really work on Fridays, but they will do it on Monday, she also told me that she will call me with the results and I also asked them to mail the results as well. It is july 10th and after four calls to this clinic, I have not received anything. All they said to mail them to me as well, I have a receipt of the payment and they refused to help me. The clinic is called Nova Health located at 4020 DuPont Circle, Suite L-26, Louisville, KY 40207. I feel like someone has scam me. I will follow with it report to the BBB.

(reply)
just now

Your reply

Please note that your reply will be displayed publicly on Google and must comply with Google's local content policies.
Learn more

Post reply     Cancel



NO. _____ **18CI04047**                                     JEFFERSON CIRCUIT COURT
                                                              DIVISION ____ ( )

FILED IN CLERK'S OFFICE
DAVID L. NICHOLSON, CLERK
JUL 13 2018
BY _____ DEPUTY CLERK

                                                              DIVISION SEVEN (7)

USLMC, LLC d/b/a LOUISVILLE                                   PLAINTIFF
MEN'S CLINIC

              MOTION FOR RESTRAINING ORDER
v.      AND TEMPORARY AND/OR PERMANENT INJUNCTION

NOVA HEALTH RT                                               DEFENDANT

        Plaintiff USLMC, LLC d/b/a Louisville Men's Clinic ("Louisville Men's Clinic"), by

counsel, submits this Motion for a Restraining Order and Temporary and/or Permanent Injunction

against Defendant Nova Health RT ("Nova Health"), and requests a hearing date at the Court's

earliest convenience.

        Louisville Men's Clinic seeks to permanently restrain Nova Health from using its trade

name, which has been registered as an assumed name with the Kentucky Secretary of State for

years, as part of an intentional, concerted effort by Nova Health to deceive the existing and

prospective patients of Louisville Men's Clinic into believing that Nova Health is Louisville

Men's Clinic. Recordings and sworn declarations demonstrate that patients have sought to treat

with Louisville Men's Clinic based on its positive reputation, but mistakenly contacted Nova

Health. Nova Health employees answer the Nova Health phone as "Louisville Men's Clinic,"

and on multiple instances reiterate to the patient that they are Louisville Men's Clinic. Further,

when Louisville Men's Clinic patients have mistakenly gone to Nova Health believing it to be

Louisville Men's Clinic, the patients have received numerous false representations in person at

the Nova Health location that they were in fact at Louisville Men's Clinic.

        These words and actions by Nova Health and its employees and representatives violate

Kentucky and Federal law, and Louisville Men's Clinic respectfully requests the Court to enter

an order restraining and permanently enjoining Nova Health, its employees, agents, and/or

representatives, from making any further false representations that Nova Health is the Louisville

Men's Clinic.

Respectfully submitted,

Jared A. Cox (KBA # 92523)
Kyle W. Miller (KBA # 97724)
BINGHAM GREENEBAUM DOLL LLP
3500 PNC Tower
101 South Fifth Street
Louisville, KY 40202
Phone: (502) 589-4200
jcox@bgdlegal.com
kmiller@bgdlegal.com

COUNSEL FOR PLAINTIFF, USLMC,
LLC d/b/a LOUISVILLE MEN'S CLINIC

### CERTIFICATE OF SERVICE

It is hereby certified that on this 13th day of July, 2018, a copy of the foregoing was served via hand-delivery upon the following:

Nova Health RT
4010 Dupont Circle, Suite L28,
Louisville, Kentucky 40207

COUNSEL FOR PLAINTIFF, USLMC, LLC d/b/a
LOUISVILLE MEN'S CLINIC

1948705L1

2

NO. _____                     JEFFERSON CIRCUIT COURT
                                         DIVISION ___ ( )

USLMC, LLC d/b/a LOUISVILLE                              PLAINTIFF
MEN'S CLINIC
                    MEMORANDUM OF LAW IN SUPPORT OF
                    MOTION FOR RESTRAINING ORDER
      v.            AND TEMPORARY AND/OR PERMANENT INJUNCTION

NOVA HEALTH RT                                          DEFENDANT

       Plaintiff USLMC, LLC d/b/a Louisville Men's Clinic ("Louisville Men's Clinic"), by

counsel, submits this Memorandum in Support of its Motion for a Restraining Order and

Temporary and/or Permanent Injunction against Defendant Nova Health RT ("Nova Health").

                          PRELIMINARY STATEMENT

       Louisville Men's Clinic seeks to permanently restrain Nova Health from using its trade

name, which has been registered as an assumed name with the Kentucky Secretary of State for

years, as part of an intentional, concerted effort by Nova Health to deceive the existing and

prospective patients of Louisville Men's Clinic into believing that Nova Health is Louisville

Men's Clinic. Nova Health and its employees and representatives are violating Kentucky and

Federal law, which prohibit such actions. For the reasons set forth in Louisville Men's Clinic's

Verified Complaint and below, Louisville Men's Clinic respectfully requests the Court to enter

an order restraining Nova Health, its employees, agents, and/or representatives, from making any

further false representations that Nova Health is in fact Louisville Men's Clinic.

                            STATEMENT OF FACTS

       Louisville Men's Clinic provides medical services to men related to sexual health.

Louisville Men's Clinic filed its Articles of Organization with the Kentucky Secretary of State

on August 27, 2015. *See* Verified Complaint at ¶ 5 and Exhibit 1 to same, filed

contemporaneously herewith and also attached hereto as Exhibit A. On October 23, 2015,

USLMC validly filed a Certificate of Assumed Name for Louisville Men's Clinic with the

Kentucky Secretary of State. *Id.* at ¶ 6 and Exhibit 2 to same. Since that time, Louisville Men's

Clinic has been operating under that same trade name at 6420 Dutchmans Parkway, Suite 390,

Louisville, Kentucky 40205. Also since before October 2015, at significant cost, Louisville

Men's Clinic has continually and frequently advertised its business on local television and radio

stations using that same trade name. *Id.* at ¶ 9.

Nova Health operates a separate medical facility in Louisville that purports to treat

similar ailments as those treated by Louisville Men's Clinic. Nova Health is located at 4010

Dupont Circle, Suite L28, Louisville, Kentucky 40207 – less than a mile down the street from

Louisville Men's Clinic's location. *Id.* at ¶ 10-11.

Recently, Louisville Men's Clinic learned that there was confusion among their current

and prospective patients related to another facility, and eventually traced the confusion back to

Nova Health. Specifically, several Louisville Men's Clinic patients have made efforts to contact,

or visit Louisville Men's Clinic, but have instead mistakenly contacted or visited Nova Health,

believing that they were dealing with Louisville Men's Clinic. *Id.* The patients' confusion is the

direct result of fraudulent misrepresentations by Nova Health, whose employees and/or

representatives have been misrepresenting to the patients that Nova Health is in fact Louisville

Men's Clinic.

Louisville Men's Clinic patients have signed sworn declarations that they have sought to

treat with Louisville Men's Clinic based on its positive reputation, but mistakenly contacted

Nova Health. Nova Health employees answer the Nova Health phone number as "Louisville

Men's Clinic," and on multiple instances reiterate to the patient that they are Louisville Men's

2

Clinic. *Id.; see also* Declarations at Exhibit 4 to Verified Complaint (redacted to preserve the confidentiality of the patients' identities) and Recordings at Exhibit 3 to Verified Complaint (filed under seal to preserve the confidentiality of the patients' identities). When Louisville Men's Clinic patients have mistakenly gone to Nova Health believing it to be Louisville Men's Clinic, the patients have received numerous false representations in person at the Nova Health location that they were in fact at Louisville Men's Clinic. *Id.* At least one disgruntled person who had a bad experience at Nova Health, but believed they had gone to Louisville Men's Clinic as a result of Nova Health's false representations, posted a negative review on a third-party webpage outside of Louisville Men's Clinic's control stating Louisville Men's Clinic "is called Nova Health ... I feel like someone has scam [sic] me." *See* Verified Complaint at ¶ 19 and Exhibit 7 to same. These fraudulent practices by Nova Health have continued even after Louisville Men's Clinic has delivered two demand letters to Nova Health to cease and desist these unlawful actions. *See* Verified Complaint at ¶ 13, 16 and Exhibits 5 and 6 to same.

## ARGUMENT

I) **Kentucky Law Supports Granting a Restraining Order and Temporary and/or Permanent Injunction Against Nova Health.**

Louisville Men's Clinic's Motion for a Restraining Order and Temporary and Permanent Injunction should be granted pursuant to KENTUCKY RULES OF CIVIL PROCEDURE ("CR") 65.02–65.04 because Louisville Men's Clinic's Verified Complaint shows that: 1) The conduct of Nova Health has violated and continues to violate Louisville Men's Clinic's rights; 2) immediate and irreparable injury, loss or damage has or will result to Louisville Men's Clinic as a result of Nova Health's conduct because it is impossible to determine the frequency and/or extent of Nova Health's misuse of Louisville Men's Clinic's trade name to the detriment of Louisville Men's Clinic; 3) the equities involved in this case support immediate, temporary and permanent

injunctive relief, particularly in light of the deliberate misrepresentations to consumers, who are

individuals seeking medical care; and 4) the Verified Complaint plainly raises substantial

questions on the merits. *See Maupin v. Stansbury*, 575 S.W.2d 695, 699 (Ky. App. 1978)

("[T]he sufficiency of a verified complaint to support a temporary injunction should be evaluated

by a balance-of-the-hardships test. . . . [I]f the complaint shows a probability of irreparable

injury and the equities are in favor of issuance, it is sufficient if the complaint raises a serious

question warranting a trial on the merits.").

### A) Nova Health is Violating Louisville Men's Clinic's Rights by Deliberately Misleading Individuals Seeking Medical Care from Louisville Men's Clinic.

To obtain a Restraining Order and Temporary Injunction, a plaintiff must first show

"evidence that the movant's rights are being or will be violated by an adverse party." CR

65.03(1) and 65.04(1). Louisville Men's Clinic has obtained rights to its tradename by filing the

Certificate of Assumed Name with the Kentucky Secretary of State and using the name in

commerce. Kentucky courts have long held that use of a name in trade is a right which may not

be infringed upon:

> A newcomer in the field has no right to use another's distinctive trade-name or
> designation which, though it be unavailable for exclusive use, has become locally
> associated with an established business and its use would result in filching or
> infringing upon his neighboring competitor's good will; **nor may he thereby
> commit a fraud upon him by leading the public to believe, not that he is his
> neighbor's keeper, but is the neighbor himself.**

*U-Drive-It Co. v. Wright & Taylor*, 110 S.W.2d 449, 453 (Ky. 1937) (emphasis added).

"Equity should and will protect the owner of an established business from unfair

competition by a newcomer's use of a business name so deceptively similar as to infringe upon

the good will and reputation of his business even though such name includes a geographic term."

*Jackson v. Stephens*, 391 S.W.2d 702, 705 (Ky. 1965) (internal citations omitted). In *Jackson*,

4

plaintiffs owned and operated *Falls Motel And Restaurant* near Cumberland Falls. *Id* at 703. Plaintiffs did not register their trademark, but used the name *Falls Motel And Restaurant* in commerce for several years. *Id.* Subsequently, a competitor built a hotel named *Falls View Motel. Id.* The *Jackson* Court stated "[u]nder Kentucky law a trade name does not have to be identical with another in order to justify a court in enjoining its use. It is sufficient if it is so similar to the earlier adopted trade-mark as to make it likely that unsuspecting persons would be led to believe that it was the same." *Id* at 706. The Court ultimately held "no newcomer should be allowed to 'pirate' the name, good will, business or services of another often acquired through pioneering, privation and hardship. Courts should be alert and unhesitating in preventing such piracy," and affirmed the injunction. *Id* at 706.

Here, Nova Health is acting against Louisville Men's Clinic's rights precisely as *U-Drive-It* and *Jackson* prohibit. Louisville Men's Clinic has submitted (i) a Verified Complaint, (ii) sworn statements from defrauded individuals and (iii) recordings of Nova Health – all of which are admissible evidence and demonstrate that Nova Health is fraudulently misrepresenting itself as Louisville Men's Clinic. Thus, Louisville Men's Clinic has tendered sufficient evidence to show that Nova Health is misleading and attempting to mislead customers into thinking that Nova Health is in fact Louisville Men's Clinic. This violates Louisville Men's Clinic's rights and warrants an injunction against Nova Health.

The present case is far more egregious than the facts in *Jackson*. Nova Health is not merely using a name deceptively similar to Louisville Men's Clinic, but is using the *exact* name "Louisville Men's Clinic" in a fraudulent effort to benefit from the positive reputation and goodwill that Louisville Men's Clinic has built over the course of several years. Nova Health is

5

infringing on Louisville Men's Clinic's trade name in order to "pirate" Louisville Men's Clinic's

good will and reputation. These acts must be enjoined.

**B) Immediate Irreparable Injury, Loss, or Damage Has and Will Result to Louisville Men's Clinic as a Result of Nova Health's Unlawful Activities.**

An injury is "irreparable" if there is no adequate remedy for it existing at law. *Wallace v.*

*Jackson*, 3 S.W.2d 766, 767 (Ky. 1928); *see also United Carbon Co. v. Ramsey*, 350 S.W.2d

454, 456 (Ky. 1961) ("an injury is regarded as irreparable if there exists no certain pecuniary

standard for the measurement of the damages"). Courts find irreparable harm routinely on similar

facts. *See e.g. Frisch's Rests., Inc. v. Elby's Big Boy of Steubenville, Inc.*, 670 F.2d 642, 651 (6th

Cir. 1982); *Perfetti Van Melle USA v. Cadbury Adams USA LLC*, 732 F. Supp. 2d 712, 725 (E.D.

Ky. 2010) ("Ordinarily, 'irreparable injury . . . follows when a likelihood of confusion or

possible risk to reputation appears from infringement or unfair competition." (*quoting Circuit*

*City Stores, Inc. v. CarMax, Inc.*, 165 F.3d 1047, 1056 (6th Cir. 1999)).

Here, injunctive relief is appropriate and necessary because it is the only way to stop

Nova Health from infringing on Louisville Men's Clinic's trade name and rights.  Further, it is

impossible for Louisville Men's Clinic to monitor every fraudulent misrepresentation by Nova

Health resulting in loss of business by Louisville Men's Clinic.  Nova Health's full theft of

patients intending to treat with Louisville Men's Clinic by infringing on Louisville Men's

Clinic's trade name, and therefore damage to Louisville Men's Clinic, is unknowable, and Nova

Health should be enjoined from its fraudulent activities.

**C) The Equities Support an Injunction Because Nova Health is Fraudulently Misleading Individuals in Search of Medical Care.**

In explaining this factor the *Maupin* Court stated, "the court should consider such things

as possible detriment to the public interest, harm to the defendant, and whether the injunction

will merely preserve the status quo." *Maupin*, 575 S.W.2d at 699. Courts find injunctive relief

appropriate on similar facts. *See Churchill Downs Distilling Co. v. Churchill Downs, Inc.*, 90

S.W.2d 1041, 1043 (1936) ("Where one passes off his goods, his services, or his business as the

goods, services, or business of another, equity will intervene to protect the good-will and

business reputation of the latter from any injury liable to be caused thereby." (quoting *Vogue Co.*

*v. Thompson-Hudson Co.*, 300 F. 509, 512 (6th Cir. 1924)).

By entering the requested injunction against Nova Health, the Court will undoubtedly

protect and advance the public interest by preventing Nova Health from misrepresenting itself as

a competitor, and assuring that patients seeking medical care are able to treat with the provider of

their choice. Nova Health will not be harmed by the injunction because the injunction will not

limit its legal rights, or prohibit Nova Health from conducting its business in a lawful manner.

Indeed, greater injury will be inflicted upon Louisville Men's Clinic by the denial of injunctive

relief than would be inflicted upon Nova Health if such relief was granted. Nova Health should

not be representing itself as Louisville Men's Clinic as a matter of law and should be enjoined

from doing so in furtherance of the equities.

### D) The Verified Complaint Raises Substantial Questions on the Merits, and Indeed Conclusively Demonstrates That Nova Health is Infringing on Louisville Men's Clinic's Rights, Warranting a Permanent Injunction.

The final *Maupin* factor is readily met in this case. While the overall merits of the case

are not to be addressed in Rule 60 Motions, the Complaint must support an injunction. *Maupin*,

575 S.W.2d at 699. Under Kentucky common law, "[i]t is not necessary to show that one has

actually been misled; it is sufficient if the similarity is such as to *likely* produce deception."

*Louisville Taxicab & Transfer Co. v. Yellow Cab Transit Co.*, 53 F. Supp. 272, 276 (W.D. Ky.

1943) (internal citations omitted) (emphasis added). The court in *Louisville Taxicab* defined

unfair competition "as passing off, or attempting to pass off, upon the public the goods or business of one man as being the goods or business of another. Any conduct tending to produce this effect constitutes unfair competition and may be enjoined. The means employed are wholly immaterial." *Id* (citations omitted).

Here, although the law does not even require Louisville Men's Clinic to prove actual deception in order to obtain an injunction, Louisville Men's Clinic has submitted sworn evidence proving such (*see* Exhibits 3 and 4 to Verified Complaint), which far surpasses its burden merely to show that the "similarity is such as to likely produce deception." *Louisville Taxicab*, 53 F. Supp. at 276. It is not merely that Nova Health is representing itself to be something deceptively similar to Louisville Men's Clinic, but that Nova Health is fraudulently identifying itself as the very Louisville Men's Clinic that people in this region have heard about in advertisements and through positive word of mouth. There is no question as to the validity of the claims in the Verified Complaint, which are supported by sworn evidence, and recordings of Nova Health engaging in the unlawful activity. A permanent injunction is thus warranted.

## CONCLUSION

For the reasons set forth above, this Court should enter a Restraining Order and Temporary and/or Permanent Injunction pursuant to KENTUCKY RULES OF CIVIL PROCEDURE 65.02–65.04 against Nova Health, enjoining Nova Health employees, agents, and/or representatives from making any representation that Nova Health is Louisville Men's Clinic.

8

Aug. 4. 2018 11:25AM    NOVA HEALTH CARE                                     No. 5345   P. 11

Respectfully submitted,

Jared A. Cox (KBA # 92523)
Kyle W. Miller (KBA # 97724)
BINGHAM GREENEBAUM DOLL LLP
3500 PNC Tower
101 South Fifth Street
Louisville, KY 40202
Phone: (502) 589-4200
jcox@bgdlegal.com
kmiller@bgdlegal.com

COUNSEL FOR PLAINTIFF, USLMC,
LLC d/b/a LOUISVILLE MEN'S CLINIC

## CERTIFICATE OF SERVICE

It is hereby certified that on this 13th day of July, 2018, a copy of the foregoing was
served via hand-delivery upon the following:

Nova Health RT
4010 Dupont Circle, Suite L28,
Louisville, Kentucky 40207

COUNSEL FOR PLAINTIFF, USLMC, LLC d/b/a
LOUISVILLE MEN'S CLINIC

9

1

## Commonwealth of Kentucky
## Alison Lundergan Grimes, Secretary of St

LADO

0930640.06
Alison Lundergan Grimes
Secretary of State
Received and Filed
8/27/2015 12:00:00 AM
Fee receipt: $40.00

Alison Lundergan Grimes
Secretary of State
P. O. Box 718
Frankfort, KY 40602-0718
(502) 564-3490
http://www.sos.ky.gov

### Articles of Organization
Limited Liability Company

**KLC**

For the purposes of forming a limited liability company in Kentucky pursuant to KRS Chapter 275, the undersigned organizer hereby submits the following Articles of Organization to the Office of the Secretary of State for filing:

Article I: The name of the company is

USLMC, LLC

Article II: The street address of the company's initial registered office in Kentucky is

3500 National City Tower, 101 S. 5th St., Louisville, KY 40202

and the name of the initial registered agent at that address is Raja Patil

Article III: The mailing address of the company's initial principal office is

317 STONE HEATH CT, Nashville, TN 37211

Article IV: The limited liability company is to be managed by Members

Executed by the Organizer on Thursday, August 27, 2015

Name of Organizer: Raja Patil

Signature of individual signing on behalf of Organizer:
Raja Patil

I, Raja Patil, consent to serve as the Registered Agent on behalf of the limited liability company.

Signature of Registered Agent or individual signing on behalf of the company serving as Registered Agent:

Raja Patil

2

3

NO. _____                    JEFFERSON CIRCUIT COURT
                                        DIVISION ___ ( )

                                                         PLAINTIFF

USLMC, LLC d/b/a
LOUISVILLE MEN'S CLINIC

v.

                                                         DEFENDANT

NOVA HEALTH RT

SERVE: 4010 Dupont Circle,
Suite L28,
Louisville, Kentucky 40207

## VERIFIED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

## EXHIBIT 3

## FILED UNDER SEAL

4

Aug. 4. 2018 11:31AM    NOVA HEALTH CARE                    No. 5345   P. 33

## DECLARATION

I, ▮▮▮▮▮▮▮ being first duly sworn, deposes and states as follows:

1.    I am a 54 years old. I had heard positive things about the Louisville Men's Clinic and decided to seek medical advice and treatment from Louisville Men's Clinic.

2.    I called to make an appointment with the Louisville Men's Clinic. When they answered, I asked the staff if I was calling the Louisville Men's Clinic. The staff person told me yes, they were Louisville Men's Clinic. I then scheduled an appointment and was informed that they would send me paperwork and directions to my email." The staff person again confirmed that I was indeed scheduling with the Louisville Men's Clinic. On May 07, 2018, I came into the Louisville Men's Clinic at 6420 Dutchman's Parkway STE 390 Louisville, KY 40205 where I had thought my appointment was. At this point I figured out that I had not booked with the intended company, Louisville Men's Clinic.

I am very upset that they falsely portrayed themselves as the Louisville Men's Clinic and tried to call them back to cancel the appointment and could not get anyone to answer.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 8 day of May, 2018, in Louisville, KY.

Signature of Declarant

1

## DECLARATION

I, ▓▓▓▓▓▓▓ , being first duly sworn, deposes and states as follows:

1.    I am a 49 year old man.  I had heard positive things about the Louisville Men's Clinic and decided to seek medical advise and treatment from Louisville Men's Clinic.

2.    I called to make an appointment with the Louisville Men's Clinic. When they answered, I asked the staff if I was calling the Louisville Men's Clinic. The staff person told me yes, they were Louisville Men's Clinic.  I then scheduled an appointment and was informed that they would send me paperwork and directions to my email."  The staff person again confirmed that I was indeed scheduling with the Louisville Men's Clinic. On May 11, 2018, I came into the Louisville Men's Clinic, at 6420 Dutchman's Parkway STE 390 Louisville, KY 40205 where I had thought that my appointment was. I then realized that I had not booked with the clinic in which I had intended.

I am very upset that they falsely portrayed themselves as the Louisville Men's Clinic and cancelled my appointment with them.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 11ᵗʰ day of May, 2018, in Louisville, KY.

Signature of Declarant

1

5



BINGHAM
GREENEBAUM **BGD**
DOLL LLP

Michael J. McGee
*Attorney*
Direct 502-587-3618 | Fax (502) 540-2249
E-mail mmcgee@bgdlegal.com

## URGENT

October 25, 2017

VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED AND ELECTRONIC MAIL

NOVA HEALTH
Attn: Jan Atkins, Medical Director
4010 DuPont Circle, Suite L28
Louisville, KY 40207

With a copy to: John Farmer, M.D.
512 Executive Park
Louisville, KY 40207

thelouisvillemensclinic.com@domainsbyproxy.com

Re:   Unauthorized Use of Louisville Men's Clinic's Intellectual Property

Dear Ms. Atkins and Dr. Farmer:

We are writing on behalf of USLMC, LLC d/b/a Louisville Men's Clinic ("Louisville Men's Clinic"), which offers men's health services in Louisville, Kentucky under its valuable "Louisville Men's Clinic" trade name and service mark. For years, Louisville Men's Clinic has conducted an extensive marketing campaign in the Louisville market including through print, television, radio and Internet advertisements. These extensive marketing efforts have been successful, resulting in widespread recognition of Louisville Men's Clinic's quality services among Louisville-area patients, and in turn leading to many residents of the Louisville metropolitan area engaging Louisville Men's Clinic to provide its services.

Louisville Men's Clinic has become aware that you own and use the domain THELOUISVILLEMENSCLINIC.COM, and has brought this very serious matter to our attention. You are using this domain to directly divert potential patients in the Louisville market by soliciting and promoting services that are substantially identical to those offered by Louisville Men's Clinic. *See* enclosed Appendix A. Your domain name is also nearly identical to Louisville Men's Clinic's domain name LOUISVILLEMENSCLINIC.COM, which only heightens the risk that consumers interested in Louisville Men's Clinic's services will be diverted to your own, completely unassociated website.

Louisville Men's Clinic is also aware of your unauthorized use of the Louisville Men's Clinic trade name and service mark in your Google AdWords and other search optimization methods. As you can see from the screen shot attached as Appendix B, when a user conducts a search in Google

3500 National City Tower, 101 South Fifth Street
Louisville, KY 40202

502.589.4200 main
502.587.3695 fax                    www.bgdlegal.com

Aug. 4. 2018 11:32AM    NOVA HEALTH CARE                              No. 5346   P. 1/51

BINGHAM GREENEBAUM DOLL LLP

NOVA HEALTH
Attn: Jan Atkins and John Farmer, M.D.
October 25, 2017
Page 2

for "Louisville Men's Clinic", the THELOUISVILLEMENSCLINIC.COM domain, used in conjunction with the trade name/service mark "Louisville Men's Clinic," appears as though it is associated with Louisville Men's Clinic. This, of course, is not the case.

As a direct result of your actions, we have become aware of instances of actual confusion in the marketplace, with a significant number of patients complaining to Louisville Men's Clinic of discrepancies between information set forth in Louisville Men's Clinic's advertising, and information set forth on what these patients to believe to be Louisville Men's Clinic's website, but which is not. Given that Louisville Men's Clinic operates within the field of professional medical services, the risk of harm to its potential patients is very concerning, and will be dealt with accordingly.

All of these facts create a significant danger that consumers have been and will continue to be confused into believing your services are offered by or on behalf of Louisville Men's Clinic, or that you are somehow associated with Louisville Men's Clinic, when in fact this is not the case. As a result, your use of the THELOUISVILLEMENSCLINIC.COM domain and our client's Louisville Men's Clinic trade name and service mark constitutes, at a minimum, unfair competition prohibited by Section 43(a) of the federal Lanham Act (15 U.S.C. 1125(a)), and an unfair and deceptive trade practice in violation of Section 5 of the Federal Trade Commission Act (15 U.S.C. 45) in addition to other possible state law intellectual property and unfair competition causes of action.

Based on the foregoing, Louisville Men's Clinic demands that you, and any and all other associated or affiliated entities or individuals, *immediately*:

1. Cease all use of our client's trade name and service mark "Louisville Men's Clinic"; and
2. Cease all use of the domain THELOUISVILLEMENSCLINIC.COM, and unlock the domain, provide its transfer authorization code, and promptly provide the same to the undersigned so that the domain may be transferred to Louisville Men's Clinic.

We request your response on or before <u>October 27, 2017</u>. Please note that nothing herein is intended by us or Louisville Men's Clinic, nor should anything herein be construed by you, as a waiver or relinquishment of any rights or remedies which Louisville Men's Clinic may have in this matter. All such rights and remedies are hereby expressly reserved.

We appreciate your prompt response in resolving this issue.

Sincerely,

Michael J. McGee

Enclosures
cc:    Louisville Men's Clinic

## APPENDIX A

(See attached)



APPENDIX B

(See attached)

10/24/2017                                    louisville men's clinic - Google Search

Google | louisville men's clinic                                          

All    Maps    News    Videos    Images    More              Settings    Tools

About 1,500,000 results (0.58 seconds)

**Louisville Mens Clinic - Guaranteed Solutions For E.D.**
Ad www.louisvillemansclinic.com/ ▼
Treat Erectile Dysfunction Premature Is Less Low T + 10,000 Patients Treated
7,000 + Patients Treated · $99 Special Offer
Erectile Dysfunction · Premature Ejaculation · What We Treat · Schedule An Appointment · Fridays
⊙ 6420 Dutchmans Pkwy #290, Louisville, KY · Open today · 9:00 AM – 6:00 PM ▼

Louisville Mens Clinic - $99 First Visit Special Offer
Ad www.louisvillemensclinic.com/Mens/Clinic ▼    (502)-443-9203
The Guaranteed Solutions to ED & Low T Issues. 10,000+ Treated. Free Consult.
12,000+ Patients Treated · Get Visit Done · $99 Special Offer
Services: ED, Low T, Premature Ejaculation, Peyouie Shot

**Louisville Men's Clinic: Home | Erectile Dysfunction | Louisville, KY ...**
louisvillemensclinic.com/ ▼
Most treatment for erectile dysfunction, premature ejaculation, low testosterone or peyronie's disease?
Make an appointment today at Louisville Men's Clinic!
Low Testosterone Treatment · Connect The Louisville Mens... · Erectile Dysfunction

**The Men's Clinic Experience | Low Testosterone Treatment | Louisville ...**
louisvillemensclinic.com/the-mens-clinic-experience/ ▼
Jun 27, 2017 · Our goal at Louisville Men's Clinic has always been to create the most discreet, relaxing, and reassuring environment for our patients.

**PREMATURE EJACULATION | Louisville Men's Clinic**
louisvillemensclinic.com/what-we-treat/premature-ejaculation/ ▼
Jun 21, 2017 · If you find yourself ejaculating with a minimal amount of stimulation we can help you with premature ejaculation treatment options. This sexual ...

**BBB Business Profile | Louisville Men's Clinic | Reviews and Complaints**
https://www.bbb.org/louisville/.../louisville-men...clinic.../review-and-com... ▼
★★★★★ Rating: 4.0 · 41 reviews
This Business is not BBB Accredited. HEALTH & MEDICAL (GENERAL) in Louisville, KY. See Business rating, customer reviews, contact information and more.

**Louisville Men's Clinic - Home | Facebook**
https://www.facebook.com › Places › Louisville, Kentucky › Medical Center ▼
★★★★★ Rating: 3.0 - 4 votes
Louisville Mens Clinic, Louisville, Kentucky. 93 likes · 30 talking about this · 17 were here. Family Owned.

**louisville mens clinic | Medical Centers in 6420 Dutchmans Pkwy Ste ...**
https://reviews.birdeye.com/louisville-mens-clinic-146311022466033 ▼
7 reviews of louisville mens clinic from Louisville, KY.

**. Louisville men's clinic - Discussion on Topix**
www.topix.com › Kentucky › Jefferson County › Louisville ▼
Apr 29, 2015 - 6 posts - 3 authors
Anyone here that has been treated at Lou. Men clinic for ED. Would appreciate some info the what all is involved, type treatment, cost of visit...

**Louisville Mens Clinic in LOUISVILLE, KY - 502-795-3511 Medical ...**
local.courier-journal.com/louisville/biz/.../louisville-mens-clinic-502-795-3511 ▼
502-795-3511 · 6420 DUTCHMANS PKWY # 290 LOUISVILLE, KY 40205. Medical · Health Care Facilities

**Louisville Mens Clinic - YouTube**
  https://www.youtube.com/watch?v=JdhrsDWrVle ▼
Oct 24, 2016 - Uploaded by Louisville Mens Clinic
Louisville Mens Clinic Review Louisville Men's Health Clinic http://
louisvillemensclinic.com/ (502)-443-9203 ...

**Louisville Mens Clinic - Medical Centers - 6420 Dutchmans Pkwy ...**
https://www.yelp.com › Health & Medical › Medical Centers ▼
Louisville Mens Clinic in Louisville reviews by real people. Yelp is a fun and easy way to find, recommend and talk about what's great and not so great in ...

https://www.google.com/search?q=louisville+men%27s+clinic&rlz=1C1GGRV_enUS753US753&oq=louisville+men%27s+clinic&aqs=chrome...69i57j0l3...    1/2



**Louisville Men's Clini**
5.0 ★★★★★ 30 Google reviews
Medical clinic in St. Matthews, Kentucky
Address: 6420 Dutchmans Pkwy #290, Louisvill
Hours: Open today · 9AM–6PM ▼
Phone: (502) 795-3511

Suggest an edit

**Reviews from the web**
3.9/5   facebook   4 votes

**Popular times** ⓘ
Now: Usually a little busy    

Plan your visit: People typically spend 20 min to

**Reviews** Web
 "Great service and friendly staff"
"My husband and I went to this clinic last weekend"
 "The problem is, their prices are ridiculo"
View all Google reviews

**People also search for**
Park Duvalle Commun...    Baptist Express Care    Nova Health HRT

10/24/2017                                        louisville men's clinic - Google Search

Searches related to louisville mens clinic

louisville mens clinic complaints          mens clinic louisville ky reviews
testosterone injections louisville ky      kentucky mens clinic
lexington mens clinic                      louisville mens clinic commercial
mens clinic reviews                        body shape medical louisville

Gooooooooogle  >
1  2  3  4  5  6  7  8  9  10'    Next

@ 40202, Louisville, KY - From your internet address - Use precise location - Learn more

Help    Send feedback    Privacy    Terms

6


**BINGHAM
GREENEBAUM
DOLL** LLP **BGD**

Christie A. Moore
Partner
Direct 502.587.3758 | Fax 502.540.2276
E-mail cmoore@bgdlegal.com

**URGENT**

May 14, 2018

<u>VIA CERTIFIED MAIL</u>
<u>RETURN RECEIPT REQUESTED</u>

NOVA HEALTH
4010 DuPont Circle, Suite L28
Louisville, KY 40207

Penny Peters
6592 Sosna Drive
Fairfield, OH 45014

Jonathan Fox
8310 Princeton-Glendale Road
West Chester, OH 45069

NOVA HEALTH
306 W. Main Street, Suite 512
Frankfort, KY 40601

Re:   Unauthorized Use of Louisville Men's Clinic Intellectual Property

To Whom It May Concern:

We are writing again on behalf of Louisville Men's Clinic, LLC ("Louisville Men's Clinic"), which offers certain men's health services in Louisville, Kentucky under its valuable "Louisville Men's Clinic" trade name and service mark. As we have noted in a previous letter to Nova Health ("Nova"), Louisville Men's Clinic's extensive marketing campaigns in the Louisville metropolitan area have led to widespread recognition of Louisville Men's Clinic's quality services among Louisville-area patients. The amount of goodwill that the Louisville Men's Clinic has generated in its valuable name is substantial.

Therefore, as Nova can imagine, our client is more than troubled to see that Nova continues to exploit its valuable name and goodwill. Notwithstanding Louisville Men's Clinic putting Nova on express notice of its rights in the Louisville Men's Clinic name late last year, our client has become aware of continued conduct by your business that infringes upon Louisville Men's Clinic's rights and that constitute, at a minimum, trademark infringement, unfair competition, and deceptive trade practices.

Chief among these latest concerning uses is Nova's willful assertions to patients that its facility *is* the "Louisville Men's Clinic." Specifically, our client possesses phone recordings of your representatives indisputably, and without qualification, identifying your business using our client's exact name. We are also in possession of several sworn statements from patients who claim they were falsely told by Nova staff that Nova was the Louisville Men's Clinic. As a result of these deliberately false assertions, current and potential patients of Louisville Men's Clinic have been confused into making appointments at Nova's facility. For example, attached as <u>Exhibit A</u> is Google review left on Louisville Men's Clinic's business page, clearly indicating that a potential patient has been confused by Nova's conduct into thinking the patient was receiving care from Louisville Men's Clinic. Louisville Men's Clinic has patient sign-in sheets and patient declarations to verify these instances of confusion and diversion.

3500 National City Tower, 101 South Fifth Street
Louisville, KY 40202
502.589.4200 main
502.587.3695 fax          www.bgdlegal.com

Aug. 4. 2018 11:35AM    NOVA HEALTH CARE                    No. 5346   P. 9/51

NOVA HEALTH
May 14, 2018
Page 2

That Nova continues to engage in the types of egregious conduct set forth above – even after being put on express notice of our client's rights in and to the Louisville Men's Clinic name – is an indication of willful infringement, unfair competition, and deceptive trade practices, within the meaning of Section 43(a) of the federal Lanham Act (15 U.S.C. 1125(a)), Section 5 of the Federal Trade Commission Act (15 U.S.C. 45), and state law intellectual property and unfair competition causes of action.

Based on the foregoing, Louisville Men's Clinic demands that Nova, and any and all other associated or affiliated entities or individuals, *immediately* cease all use of our client's trade name and service mark "Louisville Men's Clinic", and any names or designations similar thereto.

Once we receive Nova's confirmation that it has complied with the above, we will prepare a Settlement Agreement for Nova's execution to ensure its continued compliance with our client's reasonable demands. As part of this Settlement Agreement, Louisville Men's clinic will require reimbursement of the legal fees it has and will incur due to Nova's unauthorized conduct, and reserves the right to obtain reimbursement for the lost profits that have resulted from Nova's conduct.

Should Nova continue to ignore our client's reasonable requests, Louisville Men's Clinic will initiate legal action against Nova for its egregious and harmful actions. Given the irreparable harm our client is suffering as a result of your conduct, Louisville Men's Clinic will pursue injunctive relief, including a temporary restraining order. Louisville Men's Clinic will also seek monetary damages (including reimbursement of lost profits), in any legal action. It therefore in your best interests to promptly and fully comply with Louisville Men's Clinic's final request.

Finally, our client continues to explore its options with respect to contacting your marketing consultant, Marc Boston. Given our client's suspicion that Mr. Boston and his company OppGenetix is responsible for creating a marketing strategy that involves your business holding itself out as our client, our client reserves all of its rights and remedies against Mr. Boston and OppGenetix.

We request Nova's response on or before May 23, 2018. Please note that nothing herein is intended by us or Louisville Men's Clinic, nor should anything herein be construed by Nova, as a waiver or relinquishment of any rights or remedies which Louisville Men's Clinic may have in this matter. All such rights and remedies are hereby expressly reserved.

We look forward to receiving a prompt response from Nova or its counsel.

Sincerely,

*Christie A. Moore*

Christie A. Moore

cc:    Louisville Men's Clinic, LLC

19300611

Aug. 4. 2018 11:35AM   NOVA HEALTH CARE                    No. 5346   P. 10/51

5/12/2018                          louisville men's clinic - Google Search

    louisville men's clinic                    

All      Maps    News    Videos    Shopping    More          Settings    Tools

About 223,000 results (0.44 seconds)

Showing results for *louisville* men's clinic
Search instead for loudsville men's clinic

**The Louisville Men's Clinic - Men's Health Experts Louisville**
[Ad] www.louisvillemensclinic.com ▾ · (502) 547-1903
Custom Solutions to ED & Low T Issues, Thousands of Men Treated! Let Us Help You
Many Years Experience · Accepting New Patients · $99 Special offer
Types: Low Testosterone, Priapus Shot, Restore Energy Levels, Erectile Dysfunction, Premature Issu...

| What We Treat | About Us |
| Effective Treatments for E.D. | Years of Experience in Mens Health |
| Low Testosterone, Premature Issues | Thousands of Patients Treated |

| The Clinic Experience | Request an Appointment |
| Fast, Discreet, Comfortable | Convenient Location to Serve You |
| Convenient and Effective | Let Us Help You Today. |



Louisville Men's Clin

Website   Directions   Save

3.9 ★★★★★ 41 Google reviews
Medical clinic in 71, Harlinson, Kentucky

Address: 6420 Dutchmans Pkwy #300, Louisvi

Hours: Open · Opens 9AM Mon

louisvillemensclinic.com

Ad · Men's Clinic In Louisville - The Guaranteed E.D. Solution

---

Louisville Men's Clinic                              [Write a review]
6420 Dutchmans Pkwy #300, Louisville, KY

3.9 ★★★★★ 41 reviews                              Sort by: Newest ▾

 D Torres
4 reviews · 2 photos
★★★★★ a day ago · 🏳
I had a meeting with Stacy on Wednesday, 04/25/2018 at 4:00 PM. Phone 502-749-5565. I told her my interest on the pellet injection for $1100 and I would be checking with my insurance for the $3400 package. I paid $100 for lab which they will test my testosterone levels. Stacy said that the results will be available on Friday since they don't really work on Friday, but they will do it to catch up, she also told me that she will call me with the results and I ask her to email them to me as well. It's is May 10th and after four calls to this clinic, I have not received anything. All they said Stacy is not in, I have a receipt of the payment and they withdrew my blood. This place is called Nova Health located at 4010 DuPont Circle, Suite L-20, Louisville, KY 40207. I feel like someone has scam me. I will follow with a report to the BBB.

👍 Like

Response from the owner a day ago
Mr. Torres, we believe you have written your review on the wrong business. We are the Louisville Men's Clinic. We are located at 6420 Dutchmans Parkway. We have an all male staff and don't employ anyone by the name of Stacy. It is our belief that your intention was to post on Nova Health's site as they are located at 4010 DuPont Circle, and they have a history of misleading patients about who they are. We kindly ask that you remove your review as we are not Nova Health. Additionally, we would be glad to see you as a client of ours. Should you have any questions, would like to schedule an appointment or if we can provide any clarity, please call Brandon our clinic manager at 502.444.4000.

---

**Louisville Men's Clinic - Medical Centers - 6420 Dutchmans Pkwy ...**
https://www.yelp.com › Health & Medical › Medical Centers ▾
★ · Rating: 1 - 2 reviews
2 reviews of Louisville Men's Clinic "I called today to asked a question to this clinic. The person that answered the phone around 255pm was a total ...

**louisville men's clinic | Medical Centers at 6420 Dutchmans Pkwy ...**
https://reviews.birdeye.com/louisville-mens-clinic-148311024848046 ▾
★★ · Rating: 2.6 - 6 reviews
6 reviews of louisville men's clinic from Louisville, KY Great experience at this mens clinic, These guys are great. They take the time to figure out what works best ...

**Louisville men's clinic - Discussion on Topix**
www.topix.com › Kentucky › Jefferson County › Louisville ▾
Apr 28, 2015 - 5 posts - 6 authors

Send to your phone

Reviews                                    Write

"Great service and friendly staff."

"This medication really does work and I really help."

"I ended up signing up for a year of t at $2000."

View all Google reviews

https://www.google.com/search?q=louisville+men%27s+clinic&rlz=1C1GGRV_enUS763US733&oq=louisville+man%27s+clinic&aqs=chrome..69i57j0l5.4519j0j7&s...

7





NO. _____                         JEFFERSON CIRCUIT COURT
                                                  DIVISION ___ ( )

USLMC, LLC (d/b/a LOUISVILLE                          PLAINTIFF
MEN'S CLINIC)

                    ORDER FOR RESTRAINING ORDER
v.                  AND PERMANENT INJUNCTION

NOVA HEALTH RT                                        DEFENDANT

        This matter having come before the Court on the motion of Plaintiff USLMC, LLC d/b/a

Louisville Men's Clinic ("Plaintiff") for restraining order and temporary and/or permanent

injunction under CR 65.02–65.04, and it appearing to the Court after the presentation of sworn

evidence and due deliberation that Defendant Nova Health RT ("Defendant"), its agents,

representatives, employees, and assigns and all other persons or entities in active concert or

participation with it, have improperly used the trade name "Louisville Men's Clinic" and/or

misrepresented itself as Louisville Men's Clinic to persons and/or entities, and it further appearing

to the Court from the Verified Complaint submitted by Plaintiff that Nova Health should be

restrained and enjoined from using the trade name "Louisville Men's Clinic", the Court having

determined that:

1. Defendant's actions violate Plaintiff's rights,

2. Defendant's actions cause irreparable harm to Plaintiff,

3. Plaintiff has no adequate remedy at law, and

4. Equities support an injunction, specifically, that an injunction serves the public interest and
   greater injury will be inflicted upon Plaintiff by the denial of injunctive relief than would
   be inflicted upon Defendant if such relief was granted.

IT IS ORDERED AND ADJUDGED that Defendant be immediately and permanently enjoined and restrained, directly and indirectly, whether alone or in concert with others, including any agents, representatives, employees, and/or assigns of Defendant, from using the trade name "Louisville Men's Clinic" or representing itself as Louisville Men's Clinic to any person or entity.

IT IS FURTHER ORDERED AND ADJUDGED that this Order shall remain in full force and effect until such time as this Court specifically orders otherwise.

IT IS FURTHER ORDERED AND ADJUDGED that this Order shall be binding upon Defendant and its agents, representatives, employers, assigns and attorneys, and upon those persons in active concert or participation with Defendant.

IT IS FURTHER ORDERED AND ADJUDGED that a Restraining Order shall issue this _____ day of _____, 2018 at _____ a.m. No security is required.

_____
JUDGE, JEFFERSON CIRCUIT COURT

19370559.1

NO. 18 CI 4047                JEFFERSON CIRCUIT COURT

DIVISION ___ ( )

USLMC, LLC (d/b/a LOUISVILLE              PLAINTIFF
MEN'S CLINIC)

**ORDER FOR RESTRAINING ORDER**
**AND PERMANENT INJUNCTION**

v.

NOVA HEALTH RT                  DEFENDANT

This matter having come before the Court on the motion of Plaintiff USLMC, LLC d/b/a Louisville Men's Clinic ("Plaintiff") for restraining order and temporary and/or permanent injunction under CR 65.02–65.04, and it appearing to the Court after the presentation of sworn evidence and due deliberation that Defendant Nova Health RT ("Defendant"), its agents, representatives, employees, and assigns and all other persons or entities in active concert or participation with it, have improperly used the trade name "Louisville Men's Clinic" and/or misrepresented itself as Louisville Men's Clinic to persons and/or entities, and it further appearing to the Court from the Verified Complaint submitted by Plaintiff that Nova Health should be restrained and enjoined from using the trade name "Louisville Men's Clinic", the Court having determined that:

1. Defendant's actions violate Plaintiff's rights,

2. Defendant's actions cause irreparable harm to Plaintiff,

3. Plaintiff has no adequate remedy at law, and

4. Equities support an injunction, specifically, that an injunction serves the public interest and greater injury will be inflicted upon Plaintiff by the denial of injunctive relief than would be inflicted upon Defendant if such relief was granted.

IT IS ORDERED AND ADJUDGED that Defendant be immediately and permanently enjoined and restrained, directly and indirectly, whether alone or in concert with others, including any agents, representatives, employees, and/or assigns of Defendant, from using the trade name, "Louisville Men's Clinic" or representing itself as Louisville Men's Clinic to any person or entity.

IT IS FURTHER ORDERED AND ADJUDGED that this Order shall remain in full force and effect until such time as this Court specifically orders otherwise.

IT IS FURTHER ORDERED AND ADJUDGED that this Order shall be binding upon Defendant and its agents, representatives, employers, assigns and attorneys, and upon those persons in active concert or participation with Defendant.

IT IS FURTHER ORDERED AND ADJUDGED that a Restraining Order shall issue this _____ day of _____, 2018 at _____ a.m. No security is required.

_____
JUDGE, JEFFERSON CIRCUIT COURT

19370559.1

**Cox, Jared A.**

FILED
JEFFERSON CIRCUIT COURT

JUL 23 2018

DAVID L. NICHOLSON, CLERK
BY _____ D.C.

| | |
|---|---|
| **From:** | Cox, Jared A. |
| **Sent:** | Monday, July 23, 2018 10:07 AM |
| **To:** | 'Brent Phelan'; Miller, Kyle W. |
| **Cc:** | Tom Seaman; Allen, Leah D. |
| **Subject:** | RE: QUESTION/REQUEST:  USLMC, LLC v Nove Health, No. 18-CI-04047 |
| **Attachments:** | #19496149v1_USLMC.Nova Health - Summons.file stamped.PDF; #19496147v1 _USLMC.Nova Health - Complaint.file stamped.PDF; #19496144v1_USLMC.Nova Health - Motion for Restraining Order.file stamped.PDF |

Mr. Phelan,

We cannot find any record of Nova Health RT being registered to do business in Kentucky.  Nevertheless, it is my understanding that Nova Health RT has been served with my client's Verified Complaint and Motion for Restraining Order and Temporary and/or Permanent Injunction at its principal place of business in Kentucky.  Those documents are attached to this email.

Regards,

Jared A. Cox
*Partner*
**Bingham Greenebaum Doll LLP**
3500 PNC Tower | 101 South Fifth Street | Louisville, KY 40202
Direct: 502-587-3630 | Fax: 502-540-2190
Email: JCox@bgdlegal.com | http://www.bgdlegal.com
Follow us on Twitter | Visit our Blog: http://blog.bgdlegal.com



**From:** Brent Phelan [mailto:Brent_phelan@phelanins.com]
**Sent:** Friday, July 20, 2018 10:52 AM
**To:** Cox, Jared A. <JCox@bgdlegal.com>; Miller, Kyle W. <KMiller@bgdlegal.com>
**Cc:** Tom Seaman <tom_seaman@phelanins.com>
**Subject:** QUESTION/REQUEST: USLMC, LLC v Nove Health, No. 18-CI-04047

Mr. Cox and/or Mr. Miller,

Our office handles insurance for Nova Health.  Our insured is in receipt of correspondence referencing a motion scheduled for July 23 in regard to the above-captioned matter.  However, they do not have the actual complaint as of this time.  Has service been perfected?

Also, if the complaint has been filed, it would be greatly appreciated if you would send a courtesy copy via email to me at your earliest convenience so that we may review to determine if insurance coverage is applicable.

1

Thanks!

*Brent J. Phelan*

Brent J. Phelan, J.D., CPCU, CIC, CRM, CSRM
President and CEO - West Chester
**Phelan Insurance Agency, Inc.**

| | |
|---|---|
| Toll Free Phone | (800) 843 3069 |
| Versailles Phone | (937) 526 3111 |
| West Chester Phone | (513) 762 1678 |

| | |
|---|---|
| Personal Fax | (937) 526 7012 |
| Mobile Phone | (513) 479 1147 |
| Email | brent_phelan@phelanins.com |

This e-mail is intended for the use of the individual addressee(s) named above and may contain information that is confidential or privileged. If you are not the intended recipient, distributing or copying of this e-mail is not authorized. If you have received this e-mail in error, please contact us at 800-843-3069.

CASE NO. 18-CI-004047

JEFFERSON CIRCUIT COURT
DIVISION SEVEN (7)
JUDGE AUDRA J. ECKERLE

USLMC, LLC d/b/a LOUISVILLE MEN'S CLINIC                    PLAINTIFF

v.                          **NOTICE-MOTION-ORDER**
                                *[Filed Electronically]*

NOVA HEALTH RT                                          DEFENDANT

## NOTICE

Please take notice that the undersigned will, on Monday August 13, 2018, at the hour of 11:45 A.m., in the above courtroom, make the following Motion to enter the attached Order.

## MOTION WITHOUT SUBMITTING TO THE JURISDICTION OF THIS COURT OR CONCEDING THAT PROCESS HAS BEEN SERVED

Because counsel has only recently been retained, the Defendant, Nova Health RT, moves the Court for an additional ten (10) days in which to respond to a properly served Complaint.

Respectfully submitted,

*/s/ Donald L. Cox*
Donald L. Cox
**LYNCH, COX, GILMAN & GOODMAN, P.S.C.**
500 W. Jefferson St., Ste. 2100
Louisville, KY 40202
(502) 589-4215
doncox@lynchcox.com
***Counsel for Defendant, Nova Health RT***

Filed          18-CI-004047    08/09/2018        David L. Nicholson, Jefferson Circuit Clerk

## CERTIFICATE OF SERVICE

Undersigned counsel hereby certifies that on this 9th day of August, 2018, the foregoing document was filed with the Clerk of the Court using its CM/ECF filing system which will send electronic notice to all parties registered to receive notice in this case.  In addition, the following counsel was served via electronic mail:

Jared A. Cox
Kyle W. Miller
**BINGHAM GREENBAUM DOLL, LLP**
3500 PNC Tower
101 South Fifth Street
Louisville, KY 40202
jcox@bgdlegal.com
kmiller@bgdlegal.com
*Counsel for Plaintiff, USLMC, LLC*
*d/b/a Louisville Men's Clinic*


/s/ Donald L. Cox
Donald L. Cox

7FA2ED6B-1DC5-47E9-8A38-16F92ACFAE33 : 000002 of 000003

MOT : 000002 of 000002

Tendered        18-CI-004047    08/09/2018          David L. Nicholson, Jefferson Circuit Clerk

CASE NO. 18-CI-004047                                   JEFFERSON CIRCUIT COURT
                                                             DIVISION SEVEN (7)
                                                           JUDGE AUDRA J. ECKERLE

USLMC, LLC d/b/a LOUISVILLE MEN'S CLINIC                               PLAINTIFF

v.                              *[Filed Electronically]*

NOVA HEALTH RT                                                        DEFENDANT

## <u>ORDER</u>

Motion having been made and the Court being sufficiently advised,

IT IS HEREBY ORDERED THAT the Defendant, Nova Health RT, shall have an
additional ten (10) days in which to respond to a properly served Complaint.  Defendant's
Motion in this case does not mean it has been properly served or that jurisdiction in
Federal Court is in any way, waived

_____
JUDGE, JEFFERSON CIRCUIT COURT

Tendered by:

<u>/s/ Donald L. Cox</u>
Donald L. Cox
**LYNCH, COX, GILMAN & GOODMAN, P.S.C.**
500 W. Jefferson St., Ste. 2100
Louisville, KY 40202
(502) 589-4215
doncox@lynchcox.com
***Counsel for Defendant, Nova Health RT***

Tendered        18-CI-004047    08/09/2018          David L. Nicholson, Jefferson Circuit Clerk

7FA2ED6B-1DC5-47E9-8A38-16F92ACFAE33 : 000003 of 000003

TD : 000001 of 000001

Filed          18-CI-004047     08/09/2018          David L. Nicholson, Jefferson Circuit Clerk

CASE NO. 18-CI-004047                          JEFFERSON CIRCUIT COURT
                                                        DIVISION SEVEN (7)
                                                   JUDGE AUDRA J. ECKERLE

USLMC, LLC d/b/a LOUISVILLE MEN'S CLINIC                          PLAINTIFF

v.                    **NOTICE-MOTION-ORDER**
                          *[Filed Electronically]*

NOVA HEALTH RT                                                    DEFENDANT

### NOTICE

Please take notice that the undersigned will, on Monday August 13, 2018, at the hour of 11:45 A.m., in the above courtroom, make the following Motion to enter the attached Order.

### MOTION WITHOUT ENTRY OF APPEARANCE TO SET ASIDE PERMANENT INJUNCTION

The Defendant, Nova Health RT, moves the Court to set aside the *ex parte* Order it entered on July 27, 2018 for the following reasons and without assenting to jurisdiction:

1. The Order purports to be a permanent injunction, which, respectfully, may not be issued without a trial.

2. The Order was issued without service having been effected on the Defendant.

3. CR 65.03(1) requires an affidavit and a certificate as to certain steps prior to the issuance of an *ex parte* restraining order, which steps did not occur in this case.

Filed          18-CI-004047     08/09/2018          David L. Nicholson, Jefferson Circuit Clerk

Filed        18-CI-004047    08/09/2018        David L. Nicholson, Jefferson Circuit Clerk

4.  No bond was set, even though it is absolutely clear under Kentucky law that a

bond commensurate with any potential damages, a monetary bond must be

set.

Respectfully submitted,


*/s/ Donald L. Cox*
Donald L. Cox
**LYNCH, COX, GILMAN & GOODMAN, P.S.C.**
500 W. Jefferson St., Ste. 2100
Louisville, KY 40202
(502) 589-4215
doncox@lynchcox.com
***Counsel for Defendant, Nova Health RT***


## CERTIFICATE OF SERVICE

Undersigned counsel hereby certifies that on this 9th day of August, 2018, the foregoing document was filed with the Clerk of the Court using its CM/ECF filing system which will send electronic notice to all parties registered to receive notice in this case. In addition, the following counsel was served via electronic mail:

Jared A. Cox
Kyle W. Miller
**BINGHAM GREENBAUM DOLL, LLP**
3500 PNC Tower
101 South Fifth Street
Louisville, KY 40202
jcox@bgdlegal.com
kmiller@bgdlegal.com
***Counsel for Plaintiff, USLMC, LLC
d/b/a Louisville Men's Clinic***


*/s/ Donald L. Cox*
Donald L. Cox

CASE NO. 18-CI-004047                                JEFFERSON CIRCUIT COURT
                                                          DIVISION SEVEN (7)
                                                       JUDGE AUDRA J. ECKERLE

USLMC, LLC d/b/a LOUISVILLE MEN'S CLINIC                              PLAINTIFF

v.                            *[Filed Electronically]*

NOVA HEALTH RT                                                        DEFENDANT

## ORDER

Motion having been made and the Court being sufficiently advised,

IT IS HEREBY ORDERED THAT the order entered on July 27, 2018 is set aside

and held for naught.

_____
JUDGE, JEFFERSON CIRCUIT COURT

Tendered by:

*/s/ Donald L. Cox*
Donald L. Cox
**LYNCH, COX, GILMAN & GOODMAN, P.S.C.**
500 W. Jefferson St., Ste. 2100
Louisville, KY 40202
(502) 589-4215
doncox@lynchcox.com
***Counsel for Defendant, Nova Health RT***